PEOPLE *v.* LOFTON. Appeal from Genesee, Elza H. Papp, J. Submitted Division 2 June 8, 1971, at Grand Rapids. (Docket No. 9005.) Decided June 29, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, and *Donald A. Kuebler,* Chief Assistant Prosecuting Attorney, for the people.

*George R. Darrah,* for defendant on appeal.

Before: R. B. BURNS, P. J., and FITZGERALD and J. H. GILLIS, JJ.

MEMORANDUM OPINION. Defendant, Ronald Lofton, was convicted by a jury of entering a motor vehicle with intent to commit a larceny therefrom, MCLA § 750.356a (Stat Ann 1954 Rev § 28.588[1]). He appeals as of right.

Evidence adduced at trial showed that defendant was seen by several witnesses taking two cartons from a delivery truck. The driver of that truck confronted defendant, and defendant denied taking the boxes. The police were called and defendant was arrested. The defense was loss of memory induced by long-term alcoholism. Testimony at trial disclosed that defendant smelled of alcohol at the time of his arrest, but that he was not intoxicated.

---

* MCLA § 750.110 (Stat Ann 1970 Cum Supp § 28.305).

A review of the instructions given to the jury discloses no prejudicial error. Further, the record clearly demonstrates that ample evidence was introduced to support a conviction of the crime charged.
Affirmed.